SEALED

FILED

MAY 19 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

1  PHILLIP A. TALBERT
   United States Attorney
2  STEPHANIE M. STOKMAN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5
6  Attorneys for Plaintiff
   United States of America
7
8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          CASE NO.   1: 2 2 CR - 0 0 1 4 3 DAD BAM

12                    Plaintiff,       MOTION AND PROPOSED ORDER TO
                                       SEAL INDICTMENT
13         v.

14 ARTURO YANEZ, JR.,
   FRANCISCO JAVIER TOVAR
15 TRONCOSO, ERNESTO TOVAR
   TRONCOSO, AND MARIO RAYES,
16
17                    Defendant,
18
19        The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of

20 Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury

21 on May 19, 2022 , charging the above defendants with a violations of 21 U.S.C. §§ 846,

22 841(a)(1) – Conspiracy to Distribute and to Possess with Intent to Distribute

23 Methamphetamine; 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine; 21 U.S.C. §

24 841(a)(1) – Possession with Intent to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) –

25 Possession with Intent to Distribute Methamphetamine and Fentanyl  21 U.S.C. § 853(a)

26 – Criminal Forfeiture, be kept secret until the defendants named in this Indictment are

27 either in custody or have been given bail on these offenses; and further order that until

28

   Motion to Seal Indictment                    1

1  such time as the defendant is in custody or has been given bail,

2  that no person shall disclose the finding of the Indictment or any warrant issued pursuant

3  thereto, except when necessary for the issuance and execution of the warrant.

4

5  DATED: May 19, 2022                    Respectfully submitted,

6

7                                         PHILLIP A. TALBERT
                                          United States Attorney

8

9                          By      /s/ Stephanie M. Stokman
                                   STEPHANIE M. STOKMAN
10                                 Assistant U.S. Attorney

11

12         IT IS SO ORDERED.

13  Dated:  May 19, 2022

14                                 STANLEY A. BOONE
                                   U.S. Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28