PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>Plaintiff, <br><br>v. <br><br>FRANCISCO JAVIER TOVAR TRONCOSO and <br>ERNESTO TOVAR TRONCOSO, <br><br>Defendants. | CASE NO. 1:22-CR-00143-DAD-BAM <br><br>MOTION AND ORDER TO UNSEAL INDICTMENT |

The Indictment in this case, having been sealed by Order of the Court on May 19, 2022, and subsequently redacted and filed as redacted as to co-defendants Arturo Yanez, Jr. and Mario Reyes, no longer needs to remain sealed as to the above-named defendants, who were arrested this date.

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Karen A. Escobar, Assistant United States Attorney, therefore moves that the original Indictment in this case and the docket as to defendants Francisco Javier Tovar Troncosco and Ernesto Tovar Troncoso be unsealed and made public record.

MOTION AND PROPOSED ORDER TO UNSEAL     1

Dated:  June 2, 2022

PHILLIP A. TALBERT
United States Attorney

By: */s/ Karen A. Escobar*
KAREN A. ESCOBAR
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO JAVIER TOVAR TRONCOSO and<br>ERNESTO TOVAR TRONCOSO,<br><br>Defendants. | CASE NO. 1:22-CR-00143-DAD-BAM<br><br>ORDER TO UNSEAL INDICTMENT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the original Indictment filed on May 19, 2022, and docket pertaining to defendants Francisco Javier Tovar Troncoso and Ernesto Tovar Troncoso, be unsealed and become public record.

IT IS SO ORDERED.

Dated:  **June 3, 2022**         /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE