HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
FRANCISCO TRONCOSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>FRANCISCO TRONCOSO,<br><br>                    Defendant. | Case No.  1:22-cr-00143-DAD-BAM-2<br><br>**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Jessica Massey, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Francisco Troncoso, that the condition of Mr. Troncoso's release, previously imposed on June 13, 2022, *see* Dkt. #46, that he be released pursuant to a "$6,000 bond to be secured by clear title to a 2008 Mercedes CT 300, owned by Guadalupe Gutierrez" be modified to remove this language and to instead state that he be released pursuant to "$7,000 bond to be secured by clear title to a 2005 Dodge Durango, owned by Maria Lopez De Jimenez and Jose Jimenez."

On June 13, 2022, a detention hearing was held in Mr. Troncoso's case. *See* Dkt. 46. At the detention hearing, the Court ordered Mr. Troncoso released on various conditions. *See* Dkt. #46. One of the conditions required the posting of a "$6,000 bond to be secured by clear title to a

2008 Mercedes CT 300, owned by Guadalupe Gutierrez." Dkt. #46. However, following the detention hearing, defense counsel and the assigned Pretrial Services Officer had additional discussions with Ms. Gutierrez and it was determined that while Ms. Gutierrez did own the vehicle that was to be posted—the 2008 Mercedes CT 300—she did not have the title in her possession. Thereafter, Ms. Gutierrez indicated that her parents had agreed to post a $7,000 bond secured by the clear title to their vehicle, a 2005 Dodge Durango. On June 16, 2022, the assigned Pretrial Services Officer spoke to the owners of the 2005 Dodge Durango—Maria Lopez De Jimenez and Jose Jimenez—and confirmed their willingness to post the clear title to their vehicle with an estimated value of $7,000. The Pretrial Services Officer also confirmed that both Ms. De Jimenez and Mr. Jimenez understood the consequences of serving as a surety. Following this confirmation, the assigned Pretrial Services Officer indicated that Pretrial Services had no objection to modifying the release condition by removing the condition requiring the posting of a "$6,000 bond to be secured by clear title to a 2008 Mercedes CT 300, owned by Guadalupe Gutierrez" and replacing it with language that required the posting of a "$7,000 bond to be secured by clear title to a 2005 Dodge Durango, owned by Maria Lopez De Jimenez and Jose Jimenez."

In light of the above, the parties, including Pretrial Services, agree to the modification as set forth above, and ask that the Court modify this condition. Notwithstanding the above, Mr. Troncoso's release will be delayed until 9:00 a.m. on the first working day after the bonds have been posted, with the defendant released to the third-party custodian. All other terms and conditions of Mr. Troncoso's pretrial release, previously imposed on June 13, 2022, shall remain in full force and effect.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated: June 17, 2022            */s/ Jessica Massey*
                                JESSICA MASSEY
                                Assistant United States Attorney
                                Attorney for Plaintiff

Troncoso – Stipulation to Modify        -2-
Condition of Pretrial Release

HEATHER E. WILLIAMS
Federal Defender

Date: June 17, 2022

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
FRANCISCO TRONCOSO

## **O R D E R**

The above term and condition of Mr. Troncoso's pretrial release, previously imposed on June 13, 2022, is hereby modified as set forth above. All other conditions previously imposed remain in full force and effect.

IT IS SO ORDERED.

Dated: **June 21, 2022**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE