HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

**FILED**

JAN 12 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Attorneys for Defendant
FRANCISCO TRONCOSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00143-ADA-BAM-2 |
|---|---|
| Plaintiff, | ***UNOPPOSED* MOTION TO RECONVEY CERTIFICATE OF TITLE; ORDER** |
| vs. | |
| FRANCISCO TRONCOSO, | |
| Defendant. | |

Defendant Francisco Troncoso hereby moves this Court to reconvey the certificate of title to the vehicle owned by Maria Lopez and Jose Jimenez that was posted in this matter on June 21, 2022, pursuant to Rule 46 of the Federal Rules of Criminal Procedure. *See* Dkt. #49.

On June 13, 2022, a detention hearing was held in this matter. *See* Dkt. #46. At the detention hearing, Mr. Troncoso was ordered released from custody under the supervision of Pretrial Services on terms and conditions that included the surrender of the certificate of title for the vehicle owned by Maria Lopez and Jose Jimenez. *See* Dkt. #46, 48. The certificate of title was posted on the docket as follows:

| 06/21/2022 | 49 | COLLATERAL RECEIVED as to Francisco Javier Tovar Troncoso: Certificate of Title from Maria Lopez and Jose Jimenez, CA LP# 5PWK734, VIN#575245. (Martin-Gill, S) (Entered: 06/21/2022) |
|---|---|---|

On September 19, 2022, a pretrial violation petition was filed. *See* Dkt. #56. The next day, on September 20, 2022, Mr. Troncoso reported to his probation officer and was taken into

custody without incident. *See* Dkt. #58. Mr. Troncoso admitted the pretrial violations on September 27, 2022. *See* Dkt. #61. He has remained detained since September 20, 2022.

The government has no objection to this motion to reconvey the certificate of title to the vehicle posted on June 21, 2022. Accordingly, since no conditions remain to be satisfied and reconveyance is in the interest of justice, Mr. Troncoso requests that the Court reconvey the subject certificate of title to Maria Lopez pursuant to Rule 46 of the Federal Rules of Criminal Procedure.

Dated: January 11, 2023

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
FRANCISCO TRONCOSO

## ORDER

IT IS HEREBY ORDERED that the Clerk of the Court reconvey the Certificate of Title to the vehicle posted by Maria Lopez and Jose Jimenez on June 21, 2022, in this matter (CA LP# 5PWK734, VIN#575245). The Certificate of Title may be picked up by Maria Lopez at the Clerk's Office at the Robert E. Coyle Federal Courthouse located at 2500 Tulare Street, Fresno, California 93721.

Dated: January 12, 2023

ERICA P. GROSJEAN
United States Magistrate Judge