1  PHILLIP A. TALBERT
   United States Attorney
2  STEPHANIE M. STOKMAN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:   (559) 497-4000
   Facsimile:   (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | CASE NO.  1:22-CR-00143-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ARTURO YANEZ, JR., FRANCISCO JAVIER TOVAR TRONCOSO. ERNESTO TOVAR TRONCOSO, and MARIO RAYES, | DATE: June 14, 2023 TIME: 1:00 p.m. COURT: Hon. Barbara A. McAuliffe |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for status on June 14, 2023.

2.    By this stipulation, defendants now move to continue the status conference until October 25, 2023, and to exclude time between June 14, 2023, and October 25, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3.    The parties agree and stipulate, and request that the Court find the following:

a)    The government has represented that the discovery associated with this case includes reports, photographs, and audio files and is voluminous. This discovery has been either produced directly to counsel and/or made available for inspection and copying, and the

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1    production of or availability of more discovery is anticipated.

2          b)      Counsel for defendants desire additional time to further review discovery, discuss

3    potential resolution with defendants and the government, and investigate and prepare for trial.

4          c)      Counsel for defendants believe that failure to grant the above-requested

5    continuance would deny him/her the reasonable time necessary for effective preparation, taking

6    into account the exercise of due diligence.

7          d)      The government does not object to the continuance.

8          e)      Based on the above-stated findings, the ends of justice served by continuing the

9    case as requested outweigh the interest of the public and the defendant in a trial within the

10   original date prescribed by the Speedy Trial Act.

11         f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12   et seq., within which trial must commence, the time period of June 14, 2023 to October 25, 2023,

13   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

14   because it results from a continuance granted by the Court at defendant's request on the basis of

15   the Court's finding that the ends of justice served by taking such action outweigh the best interest

16   of the public and the defendant in a speedy trial.

17         g)      The parties also agree that this continuance is necessary for several reasons,

18   including but not limited to, the need to permit time for the parties to exchange supplemental

19   discovery, engage in plea negotiations, and for the defense to continue its investigation and

20   preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

21   //

22

23   //

24

25   //

26

27   //

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4    IT IS SO STIPULATED.

5

6 Dated:  June 5, 2023                          PHILLIP A. TALBERT
                                               United States Attorney

7
                                                /s/ STEPHANIE M. STOKMAN
8                                              STEPHANIE M. STOKMAN
                                               Assistant United States Attorney
9

10

11 Dated:  June 5, 2023                          /s/ RAOUL J. SEVERO
                                               RAOUL J. SEVERO
12                                             Counsel for Defendant
                                               ARTURO YANEZ, JR.
13

14 Dated:  June 5, 2023                          /s/ REED GRANTHAM
                                               REED GRANTHAM
15                                             Counsel for Defendant
                                               FRANCISCO JAVIER TOVAR
16                                             TRONCOSO

17

18 Dated:  June 5, 2023                          /s/ ANTHONY CAPOZZI
                                               ANTHONY CAPOZZI
19                                             Counsel for Defendant
                                               ERNESTO TOVAR
20                                             TRONCOSO

21

22 Dated:  June 5, 2023                          /s/ ALEKXIA L. TORRES
                                               STALLINGS
                                               ALEKXIA L. TORRES
23                                             STALLINGS
                                               Counsel for Defendant
24                                             MARIO RAYES

25

26

27

28

**ORDER**

IT IS SO ORDERED that the status conference is continued from June 14, 2023, to **October 25, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **June 5, 2023**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4