PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTURO YANEZ, JR.,<br>FRANCISCO JAVIER TOVAR TRONCOSO,<br>and<br>MARIO RAYES,<br><br>Defendants. | CASE NO. 1:22-CR-00143-ADA-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 25, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 25, 2023.

2. By this stipulation, defendants now move to continue the status conference until April 10, 2024, and to exclude time between October 25, 2023, and April 10, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes reports, photographs, and audio files and is voluminous. This discovery has been either produced directly to counsel and/or made available for inspection and copying, and the

production of or availability of more discovery is anticipated.

b) Counsel for defendants desire additional time to further review discovery, discuss potential resolution with defendants and the government, and investigate and prepare for trial.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 25, 2023 to April 10, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

g) The parties also agree that this continuance is necessary for several reasons, including but not limited to, the need to permit time for the parties to exchange supplemental discovery, engage in plea negotiations, and for the defense to continue its investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

//

//

//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 20, 2023        PHILLIP A. TALBERT
                                United States Attorney


                                /s/ STEPHANIE M. STOKMAN
                                STEPHANIE M. STOKMAN
                                Assistant United States Attorney


Dated:  October 20, 2023        /s/ MARIO TAFUR
                                MARIO TAFUR
                                Counsel for Defendant
                                ARTURO YANEZ, JR.


Dated:  October 20, 2023        /s/ REED GRANTHAM
                                REED GRANTHAM
                                Counsel for Defendant
                                FRANCISCO JAVIER TOVAR
                                TRONCOSO


Dated:  October 20, 2023        /s/ ALEKXIA L. TORRES
                                STALLINGS
                                ALEKXIA L. TORRES
                                STALLINGS
                                Counsel for Defendant
                                MARIO RAYES

# **ORDER**

IT IS SO ORDERED that the status conference is continued from October 25, 2023, to **April 10, 2024, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **October 20, 2023**           /s/ Barbara A. McAuliffe
                                                                                 UNITED STATES MAGISTRATE JUDGE