MICHELE BECKWITH
Acting United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO JAVIER TOVAR TRONCOSO,<br><br>Defendants. | CASE NO. 1:22-CR-00143-NODJ<br><br>STIPULATION TO SET CHANGE OF PLEA; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for jury trial on June 24, 2025.

2. By this stipulation, defendant now moves to vacate the trial date, and the trial confirmation date of June 9, 2025, and to set a change of plea for March 10, 2025.

3. Time has previously been excluded until June 24, 2025.

//

//

//

1

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 14, 2025         MICHELE BECKWITH
                                 Acting United States Attorney


                                 /s/ STEPHANIE M. STOKMAN
                                 STEPHANIE M. STOKMAN
                                 Assistant United States Attorney


Dated: February 14, 2025         /s/ REED GRANTHAM
                                 REED GRANTHAM
                                 Counsel for Defendant
                                 FRANCISCO JAVIER TOVAR
                                 TRONCOSO


## **ORDER**

IT IS SO ORDERED that the jury trial set for June 24, 2025, and trial confirmation set for June 9, 2025, are vacated. A change of plea hearing is set for **March 10, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge.** Time has previously been excluded until June 24, 2025.


IT IS SO ORDERED.

Dated:   **February 26, 2025**              /s/ Barbara A. McAuliffe
                                           UNITED STATES MAGISTRATE JUDGE

2